IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cr208-V

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Respondent, )<br>)<br>vs. )<br>)<br>THOMAS AUGUSTIN, )<br>)<br>Petitioner. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court upon the Petitioner's Motion to Proceed <u>In Forma Pauperis,</u> filed 16 March 2006.

An appeal to the Fourth Circuit requires a filing and docketing fee of $455.00. Fed.R. App. Pro. 3(c). The Clerk for the Fourth Circuit directed Petitioner to file a CJA 23 Affidavit with the district court if Petitioner was unable to pay the filing fee. After reviewing the CJA 23 Financial Affidavit in support of the application to proceed <u>In</u> <u>Forma</u> <u>Pauperis,</u> the Court concludes that the Petitioner is unable to pay the filing fee.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> is **GRANTED**.

Signed: May 31, 2006

Richard L. Voorhees
Chief United States District Judge